RECEIVED
IN MONROE, LA
AUG 2 4 2007
MDµ
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| ELEASE WILLIAMS | * | CIVIL ACTION NO. 07-0812 |
| VERSUS | * | JUDGE JAMES |
| REALTY SHELTERS, L.L.C., ET AL | * | MAGISTRATE JUDGE HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant's Unopposed Motion to Dismiss for Lack of Subject Matter Jurisdiction (doc. no.7) be **GRANTED and that Plaintiff's claims against defendants Paul Eiland, Margaret Sasone, and Trey Decker be dismissed without prejudice** for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the remainder of this case be **REMANDED** forthwith to the Fourth Judicial District Court, Parish of Morehouse, **State of Louisiana**, for further proceedings.

THUS DONE AND SIGNED this 24 day of August, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION